[No. 12164-0-III. Division Three. July 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTE C. HOISINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 91-1-00061-3, John M. Lyden, J., entered December 23, 1991. *Remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 32449-7-I. Division One. July 9, 1993.]

*In the Matter of the Personal Restraint of* VIRGIL ALLEN BARNES, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 15692-0-II. Division Two. July 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER S. GALLAGHER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-1-00191-3, Richard A. Strophy, J., entered January 23, 1992. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.